# EXHIBIT D
# DISCOVERY DOCUMENTS

## DECLARATION

"My name is Thomas J. Crane. I am over the age of eighteen, and am capable of providing this statement and declaration.

"I am providing this statement and declaration of my own personal knowledge, freely and willingly, pursuant to a lawsuit filed by Debra Santacruz, known as *Santacruz v. VIA Metropolitan Transit*, No. 21-CV-00719-FB.

"I am an attorney licensed in the state of Texas. I have been licensed in Texas since 1989. I am admitted to the Western District of Texas and the Fifth Circuit Court of Appeals.

"I represent Debra Santacruz in Cause No. 21-CV-00719-FB. I have represented Ms. Santacruz in this action since it was filed. My office received the attached deposition excerpts from the appropriate court reporter firms. My firm received copies of phone records from T-Mobile. My office has maintained these discovery documents, phone records, and deposition excerpts since receipt. Correct copies of these discovery documents and deposition excerpts are attached.

"I declare under penalty of perjury that the above information is true and correct. . I have been given an opportunity to review this statement and to make any necessary changes"

Signed on ____August 10____, 2022.


_____
Thomas J. Crane

# EXHIBIT D-1
# VIA RECORDS

# 6413

## VIA Metropolitan Transit

### PRE-EMPLOYMENT APPLICATION

AN EQUAL OPPORTUNITY EMPLOYER

**VIA practices and co_pi** with the laws pertaining to equal employment opportunity and does not discriminate in the hiring, **promoting, terminating or av** ing of benefits to any employee on the basis of race, color, religion, national origin, sex, age or disability. **MUST BE COMPLETED B_ PPLICANT.**
PLEASE PRINT IN INK. CO_PLETE EACH ITEM. (USE NA IF NOT APPLICABLE)
Use section on back if more spa e is needed.

- PERSONAL -

Full Name: Santacruz (Last)   Debra (First)   Diana (Middle)   Date: 7/12/01

Other Names Used: Hernandez

Address: 1762 Amanda (Street)   S.A. (City)   Texas (State)   78210 (Zip)

Previous Address: 1842 Wmistleton (Street)   S.A. (City)   TX (State)   78201 (Zip)

Soc. Sec. No.: ___   Telephone No.: (210) 735-8256   Alternate No.: (210) 333-2991

Position(s) applying for: Reservation Agent

Salary Expected: 8⁰⁰ hr   How Did You Find Out About This Vacancy? Friends

Have You Ever Applied Before? yes   If Yes, Position: Operator   Date: May 01

Can you provide documentation required by law verifying your right to work in the U.S.?   Yes ✓   No ____

How Long Have You Lived In Bexar County? 33 yrs

In Case of Emergency, Notify: Sylvia Olney   Telephone: (210) 842-9030

Relatives Employed by or Associated with VIA:

Name: N/A   Relationship: _____

Address: _____ (Street)   _____ (City)   _____ (State)   _____ (Zip)

Name: N/A   Relationship: _____

Address: _____ (Street)   _____ (City)   _____ (State)   _____ (Zip)

- EDUCATION -

HIGH SCHOOL:
Name: Providence   Date Last Attended: 1983 - 84

City: S.A.   Circle Highest Grade Completed: 8 or less   9   10   (11)   12
If GED, Date and Place Received: Edgewood   1987

| COLLEGES | DATES ATTENDED | NO. SEM. HOURS COMPLETED | MAJOR | DEGREE EARNED |
|---|---|---|---|---|
| Name: N/A | From: | | | |
| City: | To: | | | |
| Name: | From: | | | |
| City: | To: | | | |
| Name: | From: | | | |
| City: | To: | | | 4/1982 |

Other Schools or Training: S.A.N.Y.O   Business

CONFIDENTIAL

VIA_SANTACRUZ 000407

- WORK EXPERIENCE -

Give complete history since leaving school. Explain any gaps between employment. (Use additional sheets, if necessary)
If you are currently employed, may we contact your present employer? ___
START WITH MOST CURRENT EMPLOYER

| EMPLOYER | EMPLOYMENT DATES (Mo./Yr.) | JOB TITLE & TYPE OF WORK DONE | RL ON FOR LEAVING |
|---|---|---|---|
| 1. Name: Avis | End: still here | JOB TITLE: S. R. | 'He . . . , .. . |
| Address: Oak Tan Suchterm | Start: Nov. 19, 2011 | Car Dachier | Oceside work |
| City: S. A. | | Customer Service | |
| Phone: | Immediate Supv's Name: Rick | Name of Mgr. or Dept. Head: Ron Wright | S. Conference Salary $ 5 / hr |
| 2. Name: ~~~~~~ Society | End: April 14 2003 | Reception Counter | New Director |
| Address: San W. Shores | Start: Jan 1998 | Kennels Office uk | explain |
| City: S. A. T | | and Clean up | |
| Phone: | Immediate Supv's Name: Geraldine | Name of Mgr. or Dept. Head: ? | Ending Salary $ |
| 3. Name: Taco Cabana | End: Jan 98 | Drive Thru | Retrenced of |
| Address: 1101 Blanco | Start: Dec 95/96 | Cashier | working here |
| City: S. A. | | | |
| Phone: | Immediate Supv's Name: Caroline | Name of Mgr. or Dept. Head: Store Manager | Ending Salary $ 5.25 hr |
| 4. Name: Taco Bell | End: June 95 | Cashier | Dad had credit |
| Address: 2119 Freer Rd | Start: Oct 95 | | |
| City: S. A. | | | |
| Phone: | Immediate Supv's Name: ? | Name of Mgr. or Dept. Head: | Ending Salary $ |
| 5. Name: Centenal Baker T.S. | End: 1994 | Cashier | No Chances |
| Address: Pembroke | Start: 1987 | Head of Store Dept. | for Advance |
| City: S. A. | | Pricing - Pricing Dept. | |
| Phone: | Immediate Supv's Name: Maria | Name of Mgr. or Dept. Head: Sheldon Carpenter | Ending Salary $ 3.25 hr |
| 6. Name: | End: | | |
| Address: | Start: | | |
| City: | | | |
| Phone: | Immediate Supv's Name: | Name of Mgr. or Dept. Head: | Ending Salary $ |

Please give details of any dismissals or gaps: between ___ on Suros computer's I'll my brother in law

- REFERENCES -

Give personal references other than relatives. Please list DAYTIME PHONE NUMbers. If possible, list clients, customers, co-workers, work associates or neighb...

| NAME | OCCUPATION | ADDRESS | DAYTIME PHONE |
|---|---|---|---|
| 1. Dolores Dominguez | Agave | 123 Dickens Apt H | 898-8219 |
| 2. Felix Garcia | | 197 Brantley | 921 - 6375 |
| BAA Council Bluse People | Secretary | 301 W. James | 28 - 7415 |
| William Preston | | 9534 Kings Hwy | 737-8541 |

Were you ever in the military service? N/c   If yes, what branch? ___

- MILITARY -
Dates of service - From: ___ (Mo.) ___ (Yr.) to: ___ (Mo.) ___ (Yr.)

Are you currently in the Reserves? ___   Reserve Unit of Assignment: ___

- DRIVER'S LICENSE -
List all other's licenses you have had in the last 5 years.

| STATE | LICENSE NUMBER | TYPE | EXPIRATION DATE |
|---|---|---|---|
| Tx | | C | 3-31-04 |

- MISCELLANEOUS -

Have you ever been denied unemployment compensation payment? ___ ☐ Yes ☐ No

Have you ever been convicted at a crime, including DWI convictions? ___ ☐ Yes ☐ No
(Conviction of a crime is not an automatic bar to employment. All circumstances will be considered.)

Other than a divorce, have you ever been a party to a lawsuit? ___ ☐ Yes ☐ No

Are you currently involved in any transactions, commitments or activities which could involve a conflict between your personal interests and those of VIA? ___ ☐ Yes ☐ No

Please explain any questions marked yes. Give details including dates. ___

OPTIONAL - Summarize your qualifications for the position for which you have applied: ___ Customer Service I'll get office work and I leave quick.

OPTIONAL - List any extracurricular activities, awards, achievements, hobbies or interests: ___ Animals

**PLEASE COMPLETE THIS SECTION IF APPLYING FOR ANY DRIVING OR MAINTENANCE POSITIONS.**
(This includes Bus/Van Operator, Shop Repairman, Shop Attendant)

What type of vehicles can you operate? _____

Which of these have you driven professionally? _____

Total years driving experience: _____ Can you drive standard transmission vehicles?   Yes _____ No _____

What driver training courses have you completed? _____

Reason for taking course: _____ Date completed: _____

Has your driver's license ever been suspended, revoked or placed on a probationary status? _____

If yes, explain: _____

LIST **ALL TICKETS** (MOVING VIOLATIONS ONLY) AND **ALL ACCIDENTS** (EVEN IF NOT AT FAULT) YOU HAVE HAD IN THE LAST 3 YEARS.

1. Date of violation or accident: _____ City & State: _____

Describe: _____

2. Date of violation or accident: _____ City & State: _____

Describe: _____

3. Date of violation or accident: _____ City & State: _____

Describe: _____

ALL **APPLICANTS:** Space for comments, suggestions or detailed answers to other questions:

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT ALL INFORMATION I HAVE PROVIDED IN THIS APPLICATION IS TRUE AND CORRECT, AND UNDERSTAND THAT ANY FALSIFIED STATEMENTS, OMISSIONS OR CONCEALMENTS MAY SUBJECT ME TO DISQUALIFICATION OR DISMISSAL. I HEREBY AUTHORIZE VIA TO MAKE ANY INVESTIGATION IT CONSIDERS NECESSARY IN REGARD TO MY CONSIDERATION FOR EMPLOYMENT.

Signed: Delia Santacruz

FORM 71017 (REV. 4/97)

CONFIDENTIAL

VIA_SANTACRUZ 000409

Paratransit Service Support
Reservation Area
Promotion/Performance Evaluation Review

Agent's Name: _Debra Santacruz_    Record for Rating Period: _Sept 2001 / Feb 2002_

Id# _6443_    Agent # _11_

| Type of Mistake or Error | Dates of Mistake or Error | | | | | | Total |
|---|---|---|---|---|---|---|---|
| | Sept | Oct | Nov | Dec | Jan | Feb | |
| 1  Duplicate Trips | | | | | | | |
| 2  Canceling reservation for wrong Day | | | | | | | |
| 3  Incorrect Time: AM Vs PM | | | | | | | |
| 4  Wrong Days on Reservation | | 1 | | | | | |
| 5  Deviation from Procedure without Authorization | | | | | | | |
| 6  Failure to Follow Set Policy: | | | | | | | |
| A.  No Verification | | | | | | | |
| B.  Not Listening to Clients Request | | | | | | | |
| C.  Unscheduled Trips | | | | | | | |
| D.  Not taking information out of remarks when reversing trips. | | | | | | | |
| E.  Not Allowing 45 minutes between drop-off and next trip. | | | | | | | |
| 7 | | | | | | | |
| A. | | | | | | | |
| 8  Wrong Address (Confirmed by Recording) | | | | | | | |
| 9  Time Sheet submitted incorrectly | | | | | | | |
| 10  Failed to sign in/out log roster. | | | | | | | |
| 11  Attendance -- Late | | | | | | | |
| 12 | | | | | | | 1 |
| 3 | | | | | | | |

Reviewed by: _____    Date: _2/21/02_

CONFIDENTIAL

VIA_SANTACRUZ 000457

# EXHIBIT D-2
# VIA RECORDS

**Guardiola, Yvonne**

| | |
|---|---|
| From: | Guardiola, Yvonne |
| Sent: | Tuesday, August 26, 2003 8:37 AM |
| To: | Santacruz, Debra |
| Cc: | Guardiola, Yvonne |
| Subject: | Compliment |

Debra-

We received a call from ███████████ on August 25, 2003, complimenting you. ██████
████ stated that you are a part of a very efficient, very accommodating team of reservationists.
Thank you for providing our customers with excellent customer service. A copy of this
compliment will be filed in your department and personnel files.

Thank you,

*Yvonne L. Guardiola*
*Support Specialist I*
*Policy & Service Scheduling*
*ph. (210) 362-5100*
*VI   Metropolitan Transit*

CONFIDENTIAL

VIA_SANTACRUZ 000349

Guardiola, Yvonne

From:     SHIELDS@vaxd
Sent:     Monday, August 25, 2003 1:34 PM
To:       YVALDEZ@vaxd
Subject:  CAF -  207231

# VIA METROPOLITAN SYSTEM

No  207231

Report Received by PHONE    Date 8/25/2003    Time 1209    Client ID 37152

Name ▇▇▇▇▇▇▇ ▇,                          San Antonio    TX 78218
▇▇▇▇▇▇▇▇▇▇▇ wk NA            COMPLIMENT/COMMENDATION
Call Back Time: Home        Work

## Incident Code  VT2 VIATRANS COMPLAINT

Description COMPLIMENT FOR VIA TRANS STAFF

Date of Incident:          Time:

Location:

Route: 000  Service:    Direction: Out   Vehicle No:
Employee: 00000                         Fault Code:

## Customer Comments

#3 MIKE
#44 ELVIS
#10 RUBY
#28 BIANCA
#7 VERN
#14 DELORES
#4 MARGIE
#27 LISA
#6 ELIDA
#32 TANYA
#8 DIANE
#11 DEBBIE
#26 JOE
#25 RUBEN

THE BEST RESERVATION STAF, VERY EFFICIENT, VERY ACCOMMODATING, GO ABOVE
AND   BEYOND THE CALL OF DUTY.
                                                        HE SHOULD
ALSO, A COMPLIMENT FOR MR NOLAN TREADWELL.
BE THE NEXT GENERAL MANAGER OF VIA TRANS. TRIES TO RESOLVE THE
PROBLEMS AND FIND SOLUTIONS. HE'S A GOOD PROBLEM SOLVER.
THERE HAVE BEEN MANY OTHER PEOPLE ON THE OUTSIDE WHO HAVE SEEN MR
TREADWALL'S  WORK WHO ALSO COMMEND HIM HIGHLY.

Taken By CANTU       Contact Customer NO

CONFIDENTIAL

VIA_SANTACRUZ 000350

**Valdez, Yvonne**

| | |
|---|---|
| From: | Valdez, Yvonne |
| Sent: | Friday, June 20, 2003 8:59 AM |
| To: | Santacruz, Debra |
| Cc: | Valdez, Yvonne |
| Subject: | Compliment |

Debra-

We received a call from ███████████ on June 12, 2003, complimenting you. ███
commends you on your good efforts and professionalism. Thank you for
providing our customers with excellent customer service. A copy of the compliment will
be filed in your department and personnel files.

Thank you,

Yvonne Valdez
Policy & Service Scheduling
Support Specialist I

cc:  department file
     personnel file

CONFIDENTIAL

VIA_SANTACRUZ 000351

**Valdez, Yvonne**

| | |
|---|---|
| From: | Valdez, Yvonne |
| Sent: | Saturday, May 17, 2003 12:42 PM |
| To: | Santacruz, Debra |
| Cc: | Valdez, Yvonne |
| Subject: | Compliment |

Debra –

We received a call from ███████ on May 6, 2003, complimenting you. Mr. ████ stated that you are professional and display the best of your abilities. Thank you for providing excellent customer service to our VIAtrans customers. A copy of the compliment will be filed in your department and personnel files.

Thank you,

*Yvonne Valdez*
*Support Specialist I*
*Policy & Service Scheduling*
*Ph: 210-362-5100*
*Fx: 210-362-5180*
*Mail:* Yvonne.Valdez@viainfo.net

CONFIDENTIAL

VIA_SANTACRUZ 000352



**Metropolitan Transit**

October 16, 2002

Debra Santacruz #6413
Paratransit Reservation Agent
VIA Metropolitan Transit

RE: CAF # 198212

Dear Debra:

Congratulations!

We received a call from ████████████ on October 14, 2002, complimenting you.
████████████ wants to thank you for your efficiency and always helping out.

Your quality of work is recognized by the superior customer service that you provide our
customers. I know you will continue to work hard and give your very best. Please
accept my thanks and appreciation for a job well done!

Sincerely,

David M. Frost
Manager of Paratransit Policy and Service Scheduling

/yv
cc: HR-Personnel File

VIA_SANTACRUZ 000357



**Metropolitan Transit**

August 9, 2002

Debra Santacruz #6413
Paratransit Reservation Agent
VIA Metropolitan Transit

RE: CAF # 196047

Dear Debra:

**Congratulations!**

We received a call from ███████████ on August 2, 2002, complimenting you. ███████████ highly recommends you for being part of the "elite team".

Please accept my thanks and appreciation for providing quality customer service to our customers. Keep up the good work!

Sincerely,

Jesse E. Arenas
Manager of Paratransit Service Support

:yv
cc:    HR-Personnel File

CONFIDENTIAL

VIA_SANTACRUZ 000361

# EXHIBIT D-3
# HEALTH TEXAS MEDICAL GROUP
# RECORDS DATED:

- DEC. 11, 2018
- AUG. 21, 2018
- OCT. 24, 2018
- OCT. 23, 2018
- OCT. 16, 2018
- MAY 25, 2017

Patient: SANTACRUZ, Debra DOB: Mar     1968

MAY/24/2022/TUE 02:49 PM   Legal Connection          FAX No.                          P. 007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

DEBRA SANTACRUZ                          :
                                         :
                                         :
VS.                                      :            CIVIL ACTION NO. 5:21-CV-00719-FB
                                         :
                                         :
VIA METROPOLITAN TRANSIT                 :

### DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

Custodian of Records for: HEALTH TEXAS MEDICAL GROUP
Records Pertaining To: DEBRA D. SANTACRUZ
Type of Records: Any and all MEDICAL RECORDS, FROM JANUARY 1, 2015 TO THE PRESENT,
                PERTAINING TO: DEBRA D. SANTACRUZ, (DOB: 03/31/1968; SSN: XXX-XX-3807)
                (including but not limited to records of LUIS TORRES, MD) including but not limited to,
                inpatient, outpatient and emergency room treatment, all clinical charts, reports, notes, tests, test
                results, diagnoses, prognoses, office records, therapy records, order sheets, progress notes, nurse's
                notes, clinic records, evaluations, treatment plans, admission records, discharge summaries,
                requests for and report of consultations, documents, prescriptions or medication records,
                photographs (color photographs should be reproduced in color), notes regarding prescriptions or
                medications, correspondence, test results, statements, questionnaires/histories, office and doctor's
                handwritten notes, records received by other physicians, or any other medical records in the
                custody or control of said custodian, whether in electronic or written form. (IF RECORDS ARE
                MAINTAINED DIGITALLY AND/OR ELECTRONICALLY, PLEASE PRODUCE IN
                ELECTRONIC FORMAT.)

1. Please state your full name, title, address, and telephone number.

   Answer: Roxann Salazar, Medical Records Coordinator, 2414 Mossrock, SA TX 78230
           (210) 731-4815.

2. Did you receive a subpoena for the production of MEDICAL RECORDS and other tangible documents pertaining to
   DEBRA D. SANTACRUZ ; Date of Birth: 03/31/1968?

   Answer: YES.

3. Do you understand the subpoena requests all the records and documents pertaining to DEBRA D. SANTACRUZ, and
   is limited in scope or time or as to the type of record or document?

   Answer: YES.

4. Has DEBRA D. SANTACRUZ been treated or examined by or received services from HEALTH TEXAS MEDICAL
   GROUP?

   Answer: YES.

Order No. 49196.001                                        Int-Federal-Direct-Adm-Medical (limited scope)

Document: Legal Connection Request S...                    Printed: 06-03-2022 03:59:16

Page 7 of 9

**VIA-SANTACRUZ 000753**

Patient: SANTACRUZ, Debra DOB: Ma      1968

MAY/24/2022/TUE 02:49 PM   Legal Connection          FAX No.                         P. 008

5. Has HEALTH TEXAS MEDICAL GROUP made or caused to be made any memorandum, reports, records, notes, photographs, or data compilations, in any form or manner, of the examination and/or treatment of DEBRA D. SANTACRUZ?

   Answer: YES.

6. Are these records (memoranda, notes, charts, reports, records, or data) under your care, supervision, direction, custody or subject to your control?

   Answer: YES.

7. Were these records (memoranda, notes, charts, reports, records, or data) made by HEALTH TEXAS MEDICAL GROUP?

   Answer: YES.

8. Please state whether it was in the regular course of business of HEALTH TEXAS MEDICAL GROUP for an employee, representative, or person with knowledge of the acts, events, conditions, opinions, or diagnoses recorded, to make the record or transmit information thereof to be included in such record.

   Answer: It was the regular course of business of HTMG with person of knowledge to make record

9. Were the entries of these memoranda, notes, charts, reports, records, or data compilations made at or shortly after the time of the transaction recorded on these entries?

   Answer: YES.

10. Were these records kept in the regular course of business?

    Answer: YES.

11. Please hand exact duplicates of all MEDICAL RECORDS pertaining to DEBRA D. SANTACRUZ, Date of Birth: 03/31/1968, or the originals thereof for attachment to this deposition. Have you now provided the records and documents requested, including those that may be on microfilm or in any other storage medium? If not, identify for the Notary Public the records and documents you did not produce and explain why you did not produce those records.

    Answer: YES.

12. Please hand exact duplicates of all other documents pertaining to DEBRA D. SANTACRUZ, Date of Birth: 03/31/1968, or the originals thereof for attachment to this deposition (this should include but is not limited to all correspondence to and from the patient, all correspondence to and from any attorney for the patient, patient history forms, record of telephone conversations and any handwritten notes which have not already been produced). Have you now provided the records and documents requested, including those that may be on microfilm or in any other storage medium? If not, identify for the Notary Public the records and documents you did not produce and explain why you did not produce those records.

    Answer: YES.

Order No. 49196:001                                    Int-Federal-Direct-Adm-Medical (limited scope)

VIA-SANTACRUZ 000754

Patient: SANTACRUZ, Debra DOB: Ma 1968

MAY/24/2022/TUE 02:49 PM    Legal Connection           FAX No.                        P. 009

13. Are the records attached clear, legible and the best possible copies available? If any of the copies of the attached records are of poor quality, please explain why.

Answer: YES.

14. Please identify any narrative that was created at the request of the patient or patient's attorney.

Answer: narrative was not created

15. In the event no records can be found, or a portion of the records cannot be found, are there document archives (i.e., microfiche), document retention or destruction policies which explain their absence? If yes, please identify who has knowledge of those archives or policies for HEALTH TEXAS MEDICAL GROUP.

Answer: NA

_Roxann Salazar_
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared Roxann Salazar, known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct. I further certify that the records attached herein are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this 2nd day of June 20

_Lisa Haanaway_
NOTARY PUBLIC

My Commission Expires: 05-10-2025

LIZA GANNAWAY
My Notary ID # 12316184
Expires May 10, 2025

Order No. 49196.001                                      Int-Federal-Direct-Adm-Medical (limited scope).

Document: Legal Connection Request S...                              Printed: 06-03-2022 03:59:16

Page 9 of 9

VIA-SANTACRUZ 000755

## HealthTexas Medical Group
## FMLA/Medical Record Form Fees

The following fees are to be charged for medical record forms completed by the patient's primary care physician or representative.

The associate receiving the form or the request for a letter must inform the patient of the fee to be collected. The fee(s) is to be collected from the patient when the form(s) is received by the office, or when the patient receives the completed form or letter. No forms or letters will be released until the fee is collected, no exceptions.

| Description | Fee | Charge | Initial |
|---|---|---|---|
| Medical Record Billing Affidavit | $15.00 | | |
| Affidavit/Direct Questions | $25.00 | | |
| Custodian of Billing Records Form | $25.00 | | |
| Medical Records Billing Records (1-20 pages) | $25.00 | | |
| Each additional page over 20 pages (# ___ x .50) | | | |
| Records released to | | | |
| Physician Summary Fee, first 30 minutes | $150.00 | | |
| Each additional hour over 30 minute's (# ___ hrs.) | $200.00 | | |
| Attending Physician Statements for medical, disability, auto insurance, etc. | | | |
| Less than 5 questions | $ 6.00 | | |
| 6 - 10 questions | $15.00 | | |
| 11 or more questions - or | | | |
| complex form consisting of less than 11 questions | $25.00 | | |
| FMLA forms: Initial (simple) | $15.00 | | |
| Initial (complex) | $25.00 | 25⁰⁰ | |
| Subsequent | $10.00 | | |
| Jury Duty/Exemption Letter, Disability Parking Placard Form, and Work or School Excuse | **No Charge** | | |
| Letter - dictated or composed by PCP or representative | | | |
| Brief (2-3 brief paragraphs) | $10.00 | | |
| Moderate (4-6 brief paragraphs) | $15.00 | | |
| Comprehensive (dictated by PCP) | $25.00 and up | | |
| Notary for the first signature | $6.00 | | |
| Additional Signatures | $1.00 each | | |
| Shipping/Mailing Cost | | | |

TAX ID # 20-2148340

**TOTAL CHARGE:** 25⁰⁰

Office use only
Patient's Name  Debra Santacruz                    Account # 1127118
Date Paid  12/14/18  paper ✓          Amount Paid: 25⁰⁰
Cash ___ Check ✓ Credit Card ___ Received by: Jeni
Tax ID 202-148310

Loc. # SUM  PCP IV.LT ___  Person/Co. Requesting U.S. Dept of Labor

Medical Record Fee Form

Document: Santacruz_Debra_Rcds Legal...

Page 84 of 103

Printed: 06-03-2022 04:00:21

VIA-SANTACRUZ 000839

000084

# FMLA for patient

What is the reason for the FMLA?

Back problems, appointments and decreased Rom.

When did the condition start?

2 ½ years.

Were you hospitalized?

Are you unable to perform your job duties?

What time of FMLA are you requesting? (intermittent), continuous, reduced work schedule

If FMLA is for flare ups, when a flare up does occur how long does the episode last?

# FMLA FOR FAMILY MEMBER

- Explanation for FMLA to care for family member.

What type of FMLA are you requesting?

Intermittent

Continuous

Reduced work schedule

Start date requested?

Length of need? (i.e. 1 year, indefinite)



PO Box 12489
800 W. Myrtle
San Antonio, Texas 78212

FOR OFFICE USE ONLY

Date and Time Received

Received By

Verified By

## ATTENDING PHYSICIAN'S STATEMENT

Required for absences of 3 or more days, and every 30 days thereafter for extended absences.

(DO NOT LEAVE ANY BLANKS; INDICATE N/A IF NOT APPLICABLE. PLEASE PRINT)

Patient's Name: __Debra Santacruz__

Patient's Address: __1262 Amanda St__

Patient's Job Title: __Reservation Agent__

__Debra D. Santacruz__                          __8/21/18__
**Employee Signature**                          **Date**

Note: All driving and most maintenance positions are considered safety sensitive. Therefore, safety should receive extra consideration in the return to work decision for these positions. Please call if further information is needed regarding an individual's job requirements.

First Day Patient Unable to Work: __08/21/18__

Patient Confined to Home?      Yes_____ No __X__      If Yes, from _____ to _____

Patient Hospitalized?      Yes_____ No __X__      If Yes, from _____ to _____

Name of Hospital: _____

Out-Patient Surgery Performed? Yes _____ No __X__      If Yes, location where procedure was performed:

Name of Surgical Unit: _____

Name of Hospital: _____

Name of Office: _____

Date may return to work: __09/05/2018__      Remarks: _____

When the employee is released to return to work, do you anticipate that the treated illness or injury could:

- Interfere with his/her ability to perform safety sensitive functions, such as the operation of a vehicle or equipment?      Yes_____ No __X__
- Present a direct and serious threat to public health?      Yes_____ No __X__

...........................................................................................................................................................

**PLEASE PRINT**

Physician's Name: __Luis N Torres__                          Phone No: __210-924-2337__

Address: __1920 SW Military San Antonio, TX, 78221__

Certified By: __Luis Torres__                          Date: __8/26/18__
(Physician's Signature)

**REVISED 10/2014**



PO Box 12489
800 W. Myrtle
San Antonio, Texas 78212

| FOR OFFICE USE ONLY |
| --- |
| Date and Time Received |
| Received By |
| Verified By |

## ATTENDING PHYSICIAN'S STATEMENT

Required for absences of 3 or more days, and every 30 days thereafter for extended absences.

(DO NOT LEAVE ANY BLANKS; INDICATE N/A IF NOT APPLICABLE. PLEASE PRINT)

Patient's Name: __Debbie_____ SANTACRUZ_____

Patient's Address: _1762 Amanda_____ S.A. . Tx _78210_____

Patient's Job Title: _Reservation Agent_____

_Dalli Au S_____       __10/23/18__
**Employee Signature**                     **Date**

Note: All driving and most maintenance positions are considered safety sensitive. Therefore, safety should receive extra consideration in the return to work decision for these positions. Please call if further information is needed regarding an individual's job requirements.

First Day Patient Unable to Work: __10/23/18_____ _____

Patient Confined to Home?    Yes_____ No _X__    If Yes, from _____ to _____

Patient Hospitalized?    Yes_____ No _X__    If Yes, from _____ to _____

Name of Hospital: _____

Out-Patient Surgery Performed? Yes _____ No __X__    If Yes, location where procedure was performed:

    Name of Surgical Unit: _____

    Name of Hospital: _____

    Name of Office: _____

Date may return to work: __11/06/18_____    Remarks: _____

When the employee is released to return to work, do you anticipate that the treated illness or injury could:

- Interfere with his/her ability to perform safety sensitive functions, such as the operation of a vehicle or equipment?    Yes_____    No __X__
- Present a direct and serious threat to public health?    Yes_____    No _X__

**PLEASE PRINT**

Physician's Name: __Luis Torres_____    Phone No: _210·924·1337_

Address: _1920 SW Military San Antonio Tx 78221_

Certified By: __[signature]_____    Date: __10/24/18__
        (Physician's Signature)

REVISED 10/2014

SANTACRUZ, Debra D DOB: Mar 31, 1968 (54 yo F) Acc No. 1127118|Doc Name:20181025 via physician statement
Page 86 of 103

Document: Santacruz_Debra_Rcds Legal...
                Page 86 of 103
Printed: 06-03-2022 04:00:21
**VIA-SANTACRUZ 000841**
000086

Group
orm Fees

leted by the patient's primary care physician or

rm the patient of the fee to be collected. The
d by the office, or when the patient receives the
the fee is collected, no exceptions.

| | Fee | Charge | Initial |
|---|---|---|---|
| | $15.00 | | |
| | $25.00 | | |
| | $25.00 | | |
| | $25.00 | | |
| | | | |
| | $150.00 | | |
| | $200.00 | | |
| | $6.00 | | |
| | 10.00 | 10.00 | VS |
| | $25.00 | | |
| | $10.00 | | |
| | $25.00 | | |
| | $10.00 | | |

Jury Duty Exemption Letter, Disability Parking Placard Form, and
Work or School Excuse

**No Charge**

Letter dictated or composed by PCP or representative
   Brief (2-3 brief paragraphs)    $10.00
   Moderate (4-6 brief paragraphs)    $15.00
   Comprehensive (dictated by PCP)    $25.00 and up

Notary for the first signature    $6.00
Additional Signatures    $1.00 each

Shipping/Mailing Cost

TAX ID # 20-2148340

Office use only:
Patient's Name: Debra Santacruz
Date Paid: 10-23-18     Account# 1127118     Amount Paid: $10.00

**TOTAL CHARGE: $10.00**

Cash ✓   Check   Credit Card   Received by: Vanessa
Tax ID 2021-583-10

Loc. # 203   PCP Dr. Luis Torres   Person/Co. Requesting Via

Medical Record Fee Form



Date: 10/16/2018

WORK RELEASE FORM

This notice verifies that your employee  Debra Santacruz     Date of birth: 03/31/1988

was seen in this facility today (or on ____10/16/18_____ if checked [ x__ ]).

He/she may return to work on _____10/17/18_____ with the following restrictions:

None: [ _x_ ]

No heavy lifting: [ __ ] (over _____ pounds)

No prolonged standing: [ __ ]

Desk Work Only: [ __ ]

Other: [ __ ] (described below)

These restrictions apply through _____N/a_____, After this date, your employee should
be able to participate fully in work duties.

Please contact our office at __210-924-2337_____, should you have any questions.

Sincerely,

HealthTexas Medical Group of San Antonio

SANTACRUZ, Debra D DOB: Mar 31, 1968 (54 yo F) Acc No. 1127118|Doc Name:20181016  work excuse
Page 88 of 103

Document: Santacruz_Debra_Rcds Legal...
Page 88 of 103
Printed: 06-03-2022 04:00:21
VIA-SANTACRUZ 000843          000088

**VIA**

PO Box 12489
800 W. Myrtle
San Antonio, Texas 78212

FAt 362 5180

| FOR OFFICE USE ONLY |
| --- |
| Date and Time Received |
| Received By |
| Verified By |

## ATTENDING PHYSICIAN'S STATEMENT

Required for absences of 3 or more days, and every 30 days thereafter for extended absences.

(DO NOT LEAVE ANY BLANKS; INDICATE N/A IF NOT APPLICABLE. PLEASE PRINT)

Patient's Name: Debbie Santacruz

Patient's Address: 1762 Amanda St, San Antonio, Tx, 78210

Patient's Job Title: Reservation Agent

Employee Signature: [signature]          Date: 5/25/17

Note: All driving and most maintenance positions are considered safety sensitive. Therefore, safety should receive extra consideration in the return to work decision for these positions. Please call if further information is needed regarding an individual's job requirements.

First Day Patient Unable to Work: 5/25/17

Patient Confined to Home?     Yes_____ No X     If Yes, from _____ to _____

Patient Hospitalized?     Yes_____ No X     If Yes, from _____ to _____

Name of Hospital: _____

Out-Patient Surgery Performed? Yes _____ No X     If Yes, location where procedure was performed:

Name of Surgical Unit: _____

Name of Hospital: _____

Name of Office: _____

Date may return to work: 6/8/17     Remarks: _____

When the employee is released to return to work, do you anticipate that the treated illness or injury could:

- Interfere with his/her ability to perform safety sensitive functions, such as the operation of a vehicle or equipment?     Yes_____     No X
- Present a direct and serious threat to public health?     Yes_____     No X

**PLEASE PRINT**

Physician's Name: Luis Torres, M.D.     Phone No: 2109242339

Address: 1920 Sud Military San Antonio TK 78221

Certified By: [signature]     Date: 5/25/17
(Physician's Signature)

REVISED 10/2014

SANTACRUZ, Debra D DOB: Mar 31, 1968 (54 yo F) Acc No. 1127118|Doc Name:20170606- VIA Physician's Statement
Page 103 of 103

Document: Santacruz_Debra_Rcds Legal...          Printed: 06-03-2022 04:00:21

Page 103 of 103     **VIA-SANTACRUZ 000858**     000103

# EXHIBIT D-4
# JAN. 18, 2019 WRITTEN REMINDER



To:         Debra Santacruz                  From: Blanca Dominguez
            Paratransit Reservation Agent           Paratransit Operations

Subject:    Attendance,                       Date: January 18, 2019
            Written Reminder I

This is a Written Reminder I to inform you that you currently have 8 attendance points. On January 8th, 2019, I sent you an email entitled, Attendance-Oral Reminder, because you had 6 points. Since that email, you called in on January 11th which added two additional points.

You have earned positive points in September, October, December, January, February, June and November which means without having perfect attendance in those months, you would have 16 points. As you know, attendance points come off one year after they are acquired. It is critical that you do what you can to avoid any future points.

Please let me know if you have any questions.

_____              1/18/19
Agent's Signature                       Date

_____              1/18/19
Supervisor's Signature                  Date

CONFIDENTIAL

VIA_SANTACRUZ 000495

# EXHIBIT D-5
# JAN. 31, 2019 SANTACRUZ EMAIL

## Santacruz, Debra

| | |
|---|---|
| **From:** | Dominguez, Blanca |
| **Sent:** | Thursday, January 31, 2019 9:35 AM |
| **To:** | Santacruz, Debra |
| **Subject:** | RE: points |

I have your letter. **Come get it.**

**From:** Santacruz, Debra
**Sent:** Thursday, January 31, 2019 9:35 AM
**To:** Dominguez, Blanca <Blanca.Dominguez@viainfo.net>
**Subject:** points

Can you please let me know how many points I have? My fmla is good thru 2019 . Catalina spoke to Sergio because the women that took his place will be out a few weeks.

Doter Excuse Ser 1/28 and 1/30/19

Why would I be wennw about I supposed
my points ???
gulf

DS000373

# EXHIBIT D-6
# SOP 4.05 – PROCEDURE FOR ATTENDANCE



3. Eight (8) Points - Written Reminder

4. Ten (10) Points - Written Reminder/1 day Suspension

5. Twelve (12) Points - Final Written Reminder/2 day Suspension

6. Fourteen (14) Points - Termination

OTHER

1. Points will not be accumulated for miscellaneous approved benefit days i.e., Vacation; Death in Family, FMLA, etc.

2. All Points will be accumulated on a 12 month rolling cycle method

3. A Physician Statement is required after the second day of an absence.

4. Non-emergency medical treatment, require two weeks advance notice to the Supervisor or Administrator, i.e. doctor's appointments, on-going medical treatment, physical therapy, etc.

5. Vacation requests are approved by seniority, employees' vacation balance and departmental work load. If the employee does not have sufficient vacation to cover the requested time off, the request.... will be denied or cancelled.

6. Any request after the 12 month sign up must be submitted to the department Supervisor/Administrator for approval or denial. Request MUST be submitted to the Supervisor by email (2) two weeks prior to the date being requested.

7. Documentation may be requested by Supervisory staff to validate an excused attendance occurrence.

8. It is the responsibility of each employee to read, understand and ask questions to understand this policy. Not knowing or understanding the policy will not excuse an attendance occurrence or alter the disciplinary action(s) taken as outlined in this policy.


**SOP 4.06 – Open Work Shifts and Extra Hours**

CONFIDENTIAL

VIA_SANTACRUZ 000193



Agent must be logged into the computer and the phone system at or prior to start of the shift. Logging in after the start time of shift is considered a tardy, unless excused by Lead Agent due to computer or phone malfunction.

All Agents will be required to login to the phone system using the Blue Man program.

### SOP 4.05 – Procedure for Attendance

PURPOSE

To establish guidelines for what is considered excessive tardiness and absenteeism as explained in the employee manual, encourage employees to work their scheduled shifts and to administer "VIA's Positive Discipline Policy" fairly and equally, based on attendance.

PROCEDURE

Each employee will begin with a point total of zero (0). The total will not change until an absent, tardy or unscheduled leave early occurs. Points will be accumulated on a rolling 12 months.

Points accumulated while on probation for newly hired staff will continue to accumulate after the completion of probation.

POINT ACCUMULATION

Attendance occurrence definition and the points associated with the occurrence are as follows:

     1. One (1) Point per Unscheduled Late, Tardy or Unscheduled Leave Early

     2. Two (2) Points per Unscheduled Absence Occurrence

     3. Three (3) Points per absent day without notification

POSITIVE DISCIPLINARY ACTION

     1. Four (4) Points - Informal Resolution

     2. Six (6) Points - Oral Reminder

CONFIDENTIAL

VIA_SANTACRUZ 000192

# EXHIBIT D-7
## MARCH 9, 2019 WRITTEN REMINDER



To:     Debra Santacruz,
        Paratransit Reservation Agent

From:     Blanca Dominguez
        Paratransit Operations

Subject:     Attendance,
         Written Reminder II

Date:     March 9, 2019

---

This is a Written Reminder II to inform you that you currently have 10 attendance points. Since you have 10 points this is a Written Reminder II which means you will be suspended without pay for 1 day. That day will be Wednesday, March 13, 2019. Below I've listed the days and points, including the points removed because of positive points. Please let me know if you have any questions.

Debra=10

(2) 7/11 Called in (removed due to positive points from Sept/Oct)
(2) 8/13 Called in (removed due to positive points from Dec/Jan)
(1) 8/22 Logged in at 837.13 (removed due to positive point from February)
(1) 8/27 Logged in at 806.23 (removed due to positive point from June)
(2) 11/26 Called in (1 point removed due to positive point from November/1 point removed due to 1year rule)
(1) 3/17 Logged in at 1031.22
(1) 5/20 Logged in at 836.16
(1) 12/29 Logged in at 1058.53
(1) 1/02 Logged in at 924.30
(2) 1/11 Called in
(2) 01/25 Called in
(2) 03/8 Called in

Sept, Oct, Dec, Jan, Feb, June & November got positive points.

Delli Santacruz
Agent's Signature                          3/9/19
                                               Date

Blanca Dominguez
Supervisor's Signature                  3/9/19
                                               Date

VIA_SANTACRUZ 000496

# EXHIBIT D-8
# SANTACRUZ MAY 29, 2019 GRIEVANCE

Everything is correct in this some parts my phone auto corrected me so on those parts that was my phone I could not get to a laptop that is why I emailed you I do apologize for the wording of this and punctuation but this is the only way I could get it done thank you

On Thu, May 30, 2019, 14:41 Flores, Martha P. <martha.flores@viainfo.net> wrote:

Debbie,

I am in receipt of your grievance. I will contact you on Monday, June 3, 2019 to schedule a meeting to obtain more information regarding this situation.

Thank you,

Martha P Flores

Employee Relations/EEO and Diversity Officer

800 West Myrtle I San Antonio, TX  78212

P 210.362.2075 F 210.362.2730

martha.flores@viainfo.net

**From:** Debbie Santacruz <wickedwomen666@gmail.com>
**Sent:** Wednesday, May 29, 2019 9:23 AM
**To:** Flores, Martha P. <martha.flores@viainfo.net>
**Subject:** Re: Grievance against Blanca Dominguez

I'm sorry I said June 14th when I could go to Nationwide it was actually May 14th thank you

On Wed, May 29, 2019, 09:02 Debbie Santacruz <wickedwomen666@gmail.com> wrote:

On April 13th 2019 Saturday I called in I had 11 points at this time I had been having a lot of problems with my back and had to do my FMLA papers twice because Miss Guzman said we were no longer doing things the way we had been for all these years was Sergio so that means not all of them are going to be approved that there is a limit. April 16th I had a doctor's appointment for the pain he gave me just the ibuprofen 600 and that day was excused on the

2

**CONFIDENTIAL**

17th 18th and 19th I was trying not to call in but because of my back pain I would call in every morning between 5 and 5:30 because Gloria left by 6:30 we did go together in the transit because of this right after I hung up the phone with Blanca because she never answered so I would leave it on her voicemail but just to be sure I would let Gloria know that I was not going to go in with her. Well I go back to work with Gloria on Saturday the 20th I didn't think there were problems because I figured Gloria would have told me something if I couldn't go back to work so anyway when I see my email Miss Guzman said that my FMLA did not cover those days therefore I had exceeded my number of points but I could talk to Blanca about it my days off are Sunday and Monday so Monday evening I called Blanca at 7 p.m. and I told her that I did not think those FMLA days were covered as to the email Blanca was very frustrated with me and she told me that I've been trying to get fired anyway and that Daniel was out of town but he would be back tomorrow and at that point they would terminate me and get the paperwork ready she did not tell me it would take 4 weeks but anyway I looked at my phone at 7:09 and I asked her so then I'm terminated is that what you're saying and she said yes the reason I looked at my phone is because after 18 years it's kind of a shocker and then you start to think what am I going to do at this point? A lot of things have gone on there that were very wrong but for whatever reason no one ever does anything about it there's a lot of favoritism a lot of misuse of hours lot of wasted money over the years Blanca has done a lot of things I did not like the only reason I am filing a grievance right now is because not only did she take her time knowing I would get months behind on getting my 401k she even took two days off right after but then when I am going to get unemployment she sends a letter that I resigned on April 29th which makes no sense because if I was going to resign I would have read resigned since the 20th because Sylvia told me if I did go and resign I could get my money in a few days but I did not do it because that is not what happened so when I got my letter stating that they had assumed I resigned Monday April 29th then I could go in on June 14th and file for my 401 insurance first of all how can they lie that way or 14 points system would have had me fired by Wednesday or Thursday so when Blanca told me that I was fired on the 22nd I really believed her she had fired Norma Garcia before about a year-and-a-half Sylvia was not present it was just her and Gloria who called her in the office and fired her in front of all of us so I don't understand why they're lying about that now. Due to the fact that I'm being lied about saying I resigned now I have no unemployment because of their lies I've also had a lot of mental stress because of this I'm taking more pills I'm on high blood pressure pills they even want to give me depression pills because of this so I definitely think that I should file this grievance I hope it goes better than the grievance I filed May 28th of 2018 against Aaliyah Choppa for making remarks like I should marry a rich man and very personal insulting remarks not too much was done either, but at least Elia Chapa that she was wrong and what she was saying was inappropriate so I might as well dropped it and being that Blanca Dominguez was the supervisor I figured she would do something about it I don't know if she ever did or not there was also one time when four of the girls went to go speak to eeo I believe or HR I'm really not too sure they did ask if I wanted to go but I didn't want to start trouble cuz I knew nothing would get done anyway the ones I remember going were Taylor Fernandez Lina maybe Jeanette I do know after this Jeanette Orozco who was an extremely good Agent she could do her calls in like a minute or less she was very professional one of our best agents in my opinion but she had to quit because of Blanca Dominguez please get back with me and let me know if this grievance can be filed. so I can get everything else in order. Thank you very much for your time

Debbie Santa Cruz employee number was 6413

3

CONFIDENTIAL

VIA_SANTACRUZ 000073

# EXHIBIT D-9
# SANTACRUZ APRIL 20, 2019 EMAIL

## Guzman, Belinda

**From:**     Guzman, Belinda
**Sent:**      Friday, January 24, 2020 8:47 AM
**To:**         DeGonzalez, Claudia
**Subject:**   FW: absentes

---

**From:** Guzman, Belinda
**Sent:** Monday, April 22, 2019 1:23 PM
**To:** Santacruz, Debra <Debra.Santacruz@viainfo.net>
**Subject:** RE: absentes

I will review your FMLA certification and get back to you and Blanca.

-Belinda

---

**From:** Santacruz, Debra
**Sent:** Saturday, April 20, 2019 11:51 AM
**To:** Guzman, Belinda <Belinda.Guzman@viainfo.net>
**Subject:** absentes

Good morning, I called in four days.  I was in a lot of pain. I went to doctor. But was in between cali ins. So blanca needs to know if they will b excused,  she need to add my points. So I will no if I still have a job

1

CONFIDENTIAL

VIA_SANTACRUZ 000080

EXHIBIT D-10
HTMG RECORDS DATED JAN. 29, 2019
AND APRIL 16, 2019

Patient: SANTACRUZ, Debra DOB: Mar 31, 1968
SANTACRUZ, Debra D DOB: Mar 31, 19[ ]54 yo F) Acc No. 1127118



### Santacruz, Debra D

51 Y old Female, DOB: 03/31/1968
Account Number: 1127118
1762 AMANDA ST, SAN ANTONIO, TX-78210-3602
Home: 830-357-8132
Guarantor: Santacruz, Debra D   Insurance: AETNA Payer
ID: 60054
Referring: Luis N MD Torres
Appointment Facility: HTMG SW MILITARY

04/16/2019                                    Progress Note: Luis N. Torres, M.D.

**Current Medications**
Taking:
- lisinopril 20 mg tablet 1 tab(s) orally once a day
- zolpidem 10 mg tablet 1.5 tab(s) orally once a day (at bedtime)
- ibuprofen 600 mg tablet 1 tab(s) orally BID Not Taking/PRN
- etodolac 400 mg tablet 1 tab(s) orally 2 times a day
- ClearLax[polyethylene glycol 3350] powder for reconstitution 17 g orally once a day prn, stop date 06/13/2019
- Linzess(linaclotide) 145 mcg capsule 1 cap(s) orally once a day
- phentermine 37.5 mg tablet 1 cap(s) orally once a day (in the morning)
- Theraflu Flu & Sore Throat (Phenylephrine) (acetaminophen/pheniramine/phenylephrine) 650 mg-20 mg-10 mg powder for reconstitution 1 PKT(S) orally every 4 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**
Insomnia.
HTN.

**Surgical History**
No Surgical History documented.

**Family History**
Father: alive 80 yrs.
Mother: deceased 75 yrs, heart attack, high cholesterol, hip problems, arthritis, diagnosed with Diabetes, Stroke
Grandparents: deceased, Fam Hx Unknown
Children: alive 30 yrs, Fibromyalgia
Siblings: alive
2 sister(s) - healthy. 1 daughter(s) - healthy.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedures**
MT Baptist ER, DX: Flu 1/3/2018

**Review of Systems**
CONSTITUTIONAL:
- no Fever. c/o Chills.
CARDIOLOGY:
- no Shortness of Breath. no Palpitations. no Dizziness.
GASTROENTEROLOGY:
- no Abdominal Pain. no Change in Bowel Habits.
RESPIRATORY:
- no cough.

**Reason for Appointment**
1. 51 y/o female c/o back pain, problems at work-cubical for 8 hours, rr breaks only allowed 4 minutes and singled out when takes longer, under lots of stress, lost vehicle, motion sickness on bus. 30-45 min of nausea once gets to work due to bus ride. pain needs to be verified and approved so pt does not get fired

**History of Present Illness**
Interim History:
51 year old female presents with c/o Tests/Studies: Labs reviewed.
Denies : Emergency Department visits. Denies : Hospitalizations.
pt here on meds as listed main complaint is chronic back pain that is worse after sitting at her job and then needs to get up but can only do that every few hours. Says days she is off, pain is much better/minimal. Does not have more days off for this problem.

**Vital Signs**
MA Initials av, Temp 98.7, BP 121/78, HR 71, Wt 192.8, Ht 64, Weight Change 2 lb, BMI 33.09, O2 Sat 98, Pain Scale 4.

**Examination**
General Examination:
General Appearance: NAD, flat affect, tearful.
HEENT: Head - NC/AT, Oropharynx clear with MMM.
Neck, Thyroid : supple, full cervical ROM.
Lungs: clear to auscultation bilaterally.
Heart: RRR, normal S1S2.
Extremities: no edema.
Musculoskeletal lumbar area with ttp and pain with flexion, neg bilat SLR, gait normal tandem.

**Assessments**
1. Low back pain - M54.5 (Primary)
2. Essential (primary) hypertension - I10
3. Other chronic pain - G89.29
4. Screening for breast cancer - Z12.39
5. Colon cancer screening - Z12.11
6. Depression, major, single episode, moderate * - F32.1
7. Insomnia due to other mental disorder - F51.05

**Treatment**
**1. Low back pain**
Continue ibuprofen tablet, 600 mg, 1 tab(s), orally, BID, 30 days, 60 Tablet, Refills 1
Referral To:DAVID HIRSCH (SS)   Pain Management
Reason: re evaluate chronic back pain |PLEASE SEND US YOUR CONSULT NOTE

**2. Essential (primary) hypertension**
Continue lisinopril tablet, 20 mg, 1 tab(s), orally, once a day
Notes: bp controlled with current therapy, cont med and low salt diet.

Patient: SANTACRUZ, Debra DOB: Mar 31, 1968
SANTACRUZ, Debra D DOB: Mar 31, 19    54 yo F) Acc No. 1127118

UROLOGY
no Dysuria

### 3. Screening for breast cancer
Notes: advised to go for mammogram, risk of breast cancer discussed which
can cause death or disability.

### 4. Colon cancer screening
Notes: has not done CRS, again risks of colon cancer discussed which can
cause death or disability, says can't do FIT cards, referral done to GI.
Referral To:ANTONIO SERNA   Gastroenterology
        Reason:request screening colonoscopy|PLEASE SEND US YOUR
CONSULT NOTE

### 5. Depression, major, single episode, moderate *
Notes: cont to have significant emotional problems and refuses to try medication
and did not want to cont with therapist, denies SI/HI to call or go to ER for severe
sxs or SI/HI.

### 6. Insomnia due to other mental disorder
Continue zolpidem tablet, 10 mg, 1.5 tab(s), orally, once a day (at bedtime),
30 days, 45, Refills 0
Notes: taking med as listed, again advised r/b and side effects of med.

Preventive Medicine
Counseling: Weight Screening: Patient counseled on a healthy BMI:
Yes. Alcohol and drugs . Diet . Exercise .

Follow Up
2 Months with apc valdez, work excuse today

Electronically signed by Luis Torres , MD on 04/22/2019 at 09:13
PM CDT

Sign off status: Completed

UTMG SW MILITARY
1920 S.W. Military Dr
San Antonio, TX 78221451
Tel: 210-924-2237
Fax: 210-923-2268

Patient: Santacruz, Debra D   DOB: 03/31/1968   Progress Note: Luis N. Torres, M.D.   04/16/2019

Patient: SANTACRUZ, Debra DOB: Mar 31, 1968
SANTACRUZ, Debra D DOB: Mar 31, 19[ ]54 yo F) Acc No. 1127118



Santacruz, Debra D
50 Y old Female, DOB: 03/31/1968
Account Number: 1127118
1762 AMANDA ST, SAN ANTONIO, TX-78210-3602
Home: 830-357-8122
Guarantor: Santacruz, Debra D   Insurance: AETNA Payer ID: 60054
PCP: Luis N MD Torres   Referring: Luis N MD Torres
Appointment Facility: HTMG SW MILITARY

01/29/2019                                    Progress Note: Cristina Cortez, MD

**Current Medications**
Taking
- Ibuprofen 600 mg tablet 1 tab(s) orally BID
- lisinopril 20 mg tablet 1 tab(s) orally once a day
- zolpidem 10 mg tablet 1.5 tab(s) orally once a day (at bedtime)
Not-Taking/PRN
- Linzess (linaclotide) 145 mcg capsule 1 cap(s) orally once a day
- phentermine 37.5 mg tablet 1 tab(s) orally once a day (in the morning)
- Theraflu Flu & Sore Throat(acetaminophen/pheniramine/phenylephrine) 650 mg 20 mg 10 mg powder for reconstitution 1 PKT(S) orally every 4 hours
- meloxicam 15 mg tablet 1 tab(s) orally once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**
Insomnia.
HTN.

**Surgical History**
No Surgical History documented.

**Family History**
Father: alive 80 yrs
Mother: deceased 75 yrs, heart attack, high cholesterol, hip problems, arthritis, diagnosed with Diabetes, Stroke.
Grandparents: deceased, diagnosed with Fam Hx Unknown
Children: alive 30 yrs, Fibromyalgia
Siblings: alive
2 sister(s) - healthy. 1daughter(s) - healthy.

**Social History**
Tobacco Use
Patient is a: Never Smoker
Alcohol :
Did you have a drink containing alcohol in the past year? No
Points: 0
Interpretation Negative
Functional Assessment
Function Status Assessment Date 05/24/2017
Ability to Drive: Independently
Mobility: Independently Mobile
Ability to Maneuver Stairs Independently
Medications: Independently able to dispense medications
Self Care (Bathing & Grooming): Independently
Have you fallen 2 or more times in the past year? No
Can you prepare your own food? Yes
Do you manage your own finances? Yes
Do you feel like you are safe in your current home? Yes
Are you able to shop for your own groceries? Yes
Are you able to do basic housekeeping chores? Yes
Do you strain or struggle to hear/understand conversations? No

**Reason for Appointment**
1. 50 y/o female pt here for back and leg pain x3months
2. *pt c/o with some time off

**History of Present Illness**
Depression:
PHQ9
Thoughts that you would be better off dead, or of hurting yourself in some way *Not at all*
Total Score *16*
Interpetation *Moderately severe depression*
Lower back:
c/o low back pain: CHRONIC LOW BACK PAIN - HAS SEEN DR HIRSCH -- PRESCRIBED TIZANIDINE BUT DID NOT TOLERATE MEDICATION
-- PATIENT HAS BEEN ON MELOXICAM BUT DID NOT TOLERATE. PRIOR DR SPEEDLIN AND WAS ON IBUPROFEN 800MG PRIOR SHE HAD BEEN ON 600MG BUT STILL DID NOT HAVE RELIEF WITH THE PAIN. -- PATIENT STATES BACK PAIN WORSE WITH PROLONGED SITTING
-- STATES UNABLE TO CONTINUE WITH DR HIRSCH, UNABLE TO AFFORD CO-PAY AND UNABLE TO AFFORD DEDUCTIBLE FOR INJECTIONS
-- CURRENTLY TAKING IBU FOR PAIN
--PATINET STATES SHE WORKS FOR VIA AND HAS TROUBLE WITH WORK AND SHE USED TO WORK PART TIME. PATIENT STATES THAT SHE IS TIMED TO GO VOID, PATIENT STATES THAT SHE GETS UP AND WALKS AT WORK DUE TO HER DISCOMFORT. SHE STATES SHE IS NOT ABLE TO GET UP AND WALK AROUND. SHE HAS A SIT DOWN JOB WITH A PHONE. SHE STATES THAT SHE DOESN'T THINK THAT SHE CAN DO A STANDUP DESK. SHE DOES HAVE FMLA PAPERWORK. SHE STATES THAT SHE GETS SICK ON THE BUS RIDE TO WORK AND HER SYMPTOMS DO PASS. SHE HAS LEFT WORK DUE TO THIS. PATIENT STATES THAT SHE HAS BEEN SEEING A COUNSELOR. SHE STATES THAT SHE FEELS LIKE SHE HAS STRESS BUT DOES NOT WANT PILLS. PATIENT STATES THAT SHE NEEDS A BREAK FROM WORK WITHOUT GETTING FIRED. SHE STATES THAT SHE HAS BEEN DOING HER EXERCISES. .
Denies : tingling/ numbness:.
bowel and bladder incontinence.
ROM: limited secondary to pain.
Anxiety:
c/o STRESSORS at work.
COUNSELING currently seeing a counselor, SHE HAS BEEN SEEING A COUNSELOR. .
MOOD anxious.

**Vital Signs**
MA Initials kg, Temp 98.2, BP 92/57, **96/57**, HR 60, Wt 190.6, Weight Change -.8 lb, Ht 64, BMI 32.71, O2 Sat 100, Pain Scale 6.

**Examination**

SANTACRUZ, Debra D DOB: Mar 31, 1968 (54 yo F) Acc No. 1127118
Page 16 of 103

Document: Santacruz_Debra_Rcds Legal...

Page 16 of 103

Printed: 06-03-2022 04:00:21
**VIA-SANTACRUZ 000771**          000016

Fall Risk Assessment 05/24/2017
Patient Care Team: No Other Providers on record.
Caffeine: coffee, tea.
Lives with: alone.
Marital Status: Single.
Children: 1.
no Exercise.
Occupation: VIA.
no Home smoke detector use.
Pets: dog.
Travel outside US: yes, once a year.

Allergies
N.K.D.A.

Medications History of Medications

Procedures
MT Baptist ER, DX: Flu 1/3/2018

Review of Systems
CONSTITUTIONAL:
   no Fever. c/o Chills.
ENT:
   no ear problem. no Rhinorrhea. no Sore Throat.
   no Cough.
CARDIOLOGY:
   no Shortness of Breath. no Palpitations.
   no Dizziness.
RESPIRATORY:
   no cough.

General:
   General Appearance: well-appearing, no acute distress.
   Ill-appearance: non-toxic.
   Hygiene: appropriate.
   Mood/Affect: anxious, sad.
   Speech: clear.
HEART:
   Rate: regular.
   Clicks: none.
   Rhythm: regular.
   Heart sounds: normal S1S2, no S3 or S4.
   Murmurs: none.
LUNGS:
   Effort: unremarkable, no respiratory distress, comfortable breathing.
   Rate: regular.
   Auscultation: CTA bilaterally.
   Airflow: normal air movement.
   Oxygen use: none.
ABDOMEN:
   General: soft.
   Bowel sounds: normoactive.
   Tenderness: none.
   Rebound tenderness: none.
   Guarding: none.
   Distention: none.
BACK:
   Tenderness: lumbosacral tenderness.
PSYCHOLOGY:
   General Appearance: NAD, sad, anxious.
   Mood : depressed.

Assessments
1. Essential (primary) hypertension - I10 (Primary)
2. Depression, major, single episode, moderate * - F32.1
3. Anxiety - F41.9
4. Acute bilateral low back pain without sciatica - M54.5

Treatment
**1. Essential (primary) hypertension**
Notes: Stable. Discussed blood pressure readings with patient.
Emphasized the importance of medication compliance, a healthy diet low
in salt, and regular exercise. To follow up as scheduled for re-eval, or as
needed if any change in home readings or new symptoms.

**2. Depression, major, single episode, moderate ***
Notes: refer to ikares.

**3. Anxiety**
Notes: refer to ikares.

**4. Acute bilateral low back pain without sciatica**
Notes: patient states she take ibuprofen and denies injections.

Follow Up
1-2 weeks for checkup . excuse for today and tomorrow IKARES

SANTACRUZ, Debra D DOB: Mar 31, 1968 (54 yo F) Acc No. 1127118
Page 17 of 103

Document: Santacruz_Debra_Rcds Legal...

Page 17 of 103

Printed: 06-03-2022 04:00:21
VIA-SANTACRUZ 000772          000017



Electronically signed by Cristina Cortez , MD on 01/31/2019 at
06:08 PM CST

Sign off status: Completed

---

HTMG SW MILITARY
1920 S.W. Military Dr
San Antonio, TX 78221453
Tel: 210-924-2357
Fax: 210-928-2808

Patient: Santacruz, Debra D    DOB: 03/31/1968    Progress Note: Cristina Cortez, MD    01/29/2019

from generated by et an accelerate enabled to Software known as over existing audit

VIA-SANTACRUZ 000773    000018

# EXHIBIT D-11
# SANTACRUZ JUNE 21, 2018 EMAIL

## Santacruz, Debra

| | |
|---|---|
| **From:** | Santacruz, Debra |
| **Sent:** | Thursday, June 21, 2018 8:26 AM |
| **To:** | Dominguez, Blanca |
| **Subject:** | doctors |

Good morning, yesterday was very hard, I took 6 pills to be able to work. The pills made me sick last night, I don't know if I can make it through the day, I have another appt. in the morning, but I have to call if it can be changed today.

Debra santacruz
VIA Metropolitan Transit
P.O. Box 12489
1021 San Pedro
San Antonio, Texas 78212
Phone: (210) 362-5130
Fax: (210) 362-5180
www.viainfo.net



*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer and e-mail files.*

DS000401

# EXHIBIT D-12
# CASTILLO APRIL 24, 2019 EMAIL

VIA Metropolitan Transit
P.O. Box 12489
1021 San Pedro
San Antonio, Texas 78212
Phone: (210) 362-2714
Fax: (210) 362-5180
www.viainfo.net



*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer and e-mail files.*

**From:** Castillo, Sylvia
**Sent:** Wednesday, April 24, 2019 5:07 PM
**To:** Brown, Tremell <Tremell.Brown@viainfo.net>
**Cc:** Flores, Martha P. <martha.flores@viainfo.net>; Chaipan, Daniel <Daniel.Chaipan@viainfo.net>
**Subject:** Debra Santacruz

Tremell:

Just want to give you some information regarding a situation with full-time reservation agent, Debra Santacruz.

On 4/23/2019 Stephanie Thompson called me to ask why Ms. Santacruz couldn't be a work-at-home agent. Stephanie stated that Ms. Santacruz claimed that Blanca Dominguez wouldn't allow her to work from home. I explained that there is a policy in place that if an agent meets certain performance standards, that the agent would be allowed to work from home. However, looking at her timesheet history, Ms. Santacruz has numerous absences that would disqualify her from working at home.

After our manager's meeting on 4/23/2019 Yvonne Guardiola informed me that the Benefits Coordinator in Human Resources had called her asking for a termination form so Ms. Santacruz could withdraw her funds from her Nationwide account. It seemed that she needed the cash immediately and Tuesday was the last day she could request the funds and receive the funds next week. Yvonne stated that there was no paperwork to terminate her employment and that she would need to speak to me.

Later that afternoon Ms. Santacruz called to speak to me. I explained that I had not received a request to terminate her employment and that there is a process that has to be followed before an employee is terminated. She alleges that Blanca Dominguez had told her that she was terminated due to her absences from work. I informed Ms. Santacruz that I was the only one in our department that could terminate an employee. Then she said she needed to access her Nationwide funds quickly and if we could complete the termination so she could do this. I replied in the negative and suggested that if she needed her funds quickly, that she should come in to resign. She said she would do so the following day.

Today (4/24/2019) she changed her mind and called Daniel Chaipan to find out where she stood in the termination process. He stated that she is not terminated and no one had told her she was terminated. Daniel stated that she still

6

VIA_SANTACRUZ 000069

needed to complete the counseling process before any further steps are taken towards termination. He then informed her that she can either quit, come back to work to complete the process, or not come back to work. She replied that she is opting not to return to work.

It appears that Ms. Santacruz would rather be dismissed from work instead of quitting.

I will be meeting with staff next week to make a determination as to next steps that will be taken regarding Ms. Santacruz' work status.

Let me know if you have any questions.

**Sylvia F. Castillo, CCTM**
**Manager of Paratransit Operations**
VIA Metropolitan Transit
P.O. Box 12489
1021 San Pedro
San Antonio, Texas 78212
Phone: (210) 362-2714
Fax: (210) 362-5180
www.viainfo.net



*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer and e-mail files.*

7

CONFIDENTIAL

VIA_SANTACRUZ 000070

# EXHIBIT D-13
# BLANCA DOMINGUEZ MARCH 7, 2019
# EMAIL

**Santacruz, Debra**

EXHIBIT S
WIT: D. Santacruz
DATE: 6-15-22
DEBORAH DAVIDSON, CSR

| | |
|---|---|
| **From:** | Dominguez, Blanca |
| **Sent:** | Thursday, March 7, 2019 1:53 PM |
| **To:** | @DIS:VTRRESCLK |
| **Cc:** | @DIS:VTRLEADS; Chaipan, Daniel |
| **Subject:** | FMLA-requesting off/calling in |

I'm writing this email to everyone even thought this may only apply to a handful of you. Being that is has to do with FMLA, I thought I'd send this out to everyone just in case it may one day apply to you.

Before if you were covered under FMLA, you could request off or call in sick and it was automatically considered excused and granted. That is not the case anymore. If an employee is requesting time off and states that the absence is related to FMLA, Belinda Guzman (x-2216) in employee services will be the person that will review the reason for the absence and will determine whether it is covered under FMLA. If the employee calls in due to a situation related to their FMLA, then they will have to provide a claim form within 2 days of that absence for approval. Then Belinda will contact me and let me know whether it is covered under FMLA.

Because of this change we've adjusted the process for requesting time off. If you are requesting off and it is related to FMLA, you will fill out the request for time off as usual but you will send this to me. You will also need to contact Belinda Guzman for pre-approval. Once she reviews it, she will let you and me know if it is approved under FMLA. This is only if the request is related to FMLA.

If you are requesting half a day for an FMLA reason and the other half you are just requesting off, you would need to fill out 2 request forms. The request related to FMLA will be sent to me and the other you would send that to the leads as usual. Be sure to put FMLA on the form you send to me to avoid any confusion.

The requirements for turning in requests for time off are the same. We will still require 48 hours notification from the start of your shift and you will need to find someone to work for you if the request is submitted after the hours for that week are completed. If you need clarification, please look at page 9 of the attendance policy.

If you have any questions, please let me know.

Thank you,
Blanca

1

DS000009

# EXHIBT D-14
# SANTACRUZ APRIL 17-18, 2019
# ATTENDANCE REPORTS, MEDICAL
# RECORDS

**Paratransit Operations**
**Attendance Report**

Employee Name: Dora Santacruz     Employee ID: 0413

Date of Event(s): 4-17-19

Scheduled Work Shift: 755-1655     Person Filling Out Form: Gloria

Shift Worked: 0

Hours & Minutes Absent: 8hrs

**Reason: (Please Check Off)**

Late: _____     Time of Arrival: _____

Absent: ✓     Date Called In: 4-17-19
              Time Called In: _____

Off Early: _____     Departure Time: _____

How could I calling No one stated Had heard from me? (Since 20. I was Actually Working on 20

**No pay must be approved in advance by the Vice President provided no benefits are available**

Use Compensation Time: (Circle)   Yes   No   Not Applicable

Use Vacation Time: (Circle)   Yes   No   Not Applicable

Use No-Wait Sick: (Circle)   Yes   No   Not Applicable

Current Balance: _____

Time Used: _____

New Balance: _____

Employee Signature: Dora Santacruz     Date: 4/20/19

Lead or Supervisor: Gloria Dominguez     Date: 4/17/19

Circle One ➝   **EXCUSED**          **UNEXCUSED**

Comments/Reason: This is proof, yet it didnt matter!

_____

_____

# APPOINTMENT CARD

**Patient Name:** Santacruz, Debra D

**Appointment:** Tuesday, February 12, 2019 at 1:00 PM

Cortez, Cristina MD
HTMG SW MILITARY
1920 S.W. Military Dr
San Antonio, TX-782211451
Tel:210-924-2337 Fax:210-923-2208

**Reason:** follow up on back pain

**Appointment:** Thursday, April 11, 2019 at 8:00 AM

LAB SWMILITARY
HTMG SW MILITARY
1920 S.W. Military Dr
San Antonio, TX-782211451
Tel:210-924-2337 Fax:210-923-2208

**Reason:** LAB: PreClinic

**Appointment:** Thursday, April 18, 2019 at 2:40 PM

Valdez, Julie PAC
HTMG SW MILITARY
1920 S.W. Military Dr
San Antonio, TX-782211451
Tel:210-924-2337 Fax:210-923-2208

**Reason:** follow up on lab results

DS000044

Paratransit Operations
**Attendance Report**

Employee Name: _Dora Santsomu_

Employee ID: _1043_

Date of Event(s): _4 18 19_

Scheduled Work Shift: _755, 655_

Person Filling Out Form: _Almie_

Shift Worked: _____

Hours & Minutes Absent: _8 hs_

**Reason: (Please Check Off)**

**Late:** _____

Time of Arrival: _____

**Absent** _√_

Date Called In: _4 18 19_

Time Called In: _____

**Off Early** _____

Departure Time: _____

**No pay must be approved in advance by the Vice President provided no benefits are available**

Use Compensation Time:   (Circle)   Yes   No   Not Applicable

Use Vacation Time:   (Circle)   Yes   No   Not Applicable

Use No-Wait Sick:   (Circle)   Yes   No   Not Applicable

Current Balance: _____

Time Used: _____

New Balance: _____

Employee Signature: _____

Date: _____

Lead or Supervisor: _Vitria Zmunoya_

Date: _4 18 19_

Circle One ⟶   **EXCUSED**          **UNEXCUSED**

**Comments/Reason:** _Didnt sign, had already given excuse_

Revised Date: 7/31/09

DS000045

# REFERRAL

Luis N. Torres, M.D.
Family Practice
**HTMG SW MILITARY**
1920 S.W. Military Dr , San Antonio, TX-782211451
Tel: 210-924-2337  Fax: 210-923-2208

Debra D Santacruz
03/31/1968

**Reason For
Referral:**

**Authorization No:**   042207351                    **Authorization Type:** APPROVED
Reason:              re evaluate chronic back pain, PLEASE SEND US YOUR CONSULT NOTE
Diagnosis:           M54.5 - Low back pain
E/M Codes:
Procedures:
Visits Allowed:      12
Unit Type:           V (VISIT)
Start Date:          04/18/2019
End Date:            04/18/2020

**Notes:**
**Clinical Notes:**
**Structured Data:**

Provider NPI:        1245206911

Electronically signed by Torres, Luis N MD, MD on 04/18/2019 at 02:14 PM CDT

DS000046