# EXHIBIT G
# NORMA GARCIA DECLARATION

EXHIBIT 14
WIT: D. Santacruz
DATE: 6-15-22
DEBORAH DAVIDSON, CSR

AFFIDAVIT

STATE OF TEXAS                     §

COUNTY OF BEXAR                 §

BEFORE ME, the undersigned authority, on this day personally appeared Norma Garcia, known to me to be a credible person, competent in all respects to make this affidavit, and who, by me sworn upon oath, stated:

"My name is Norma Garcia; I am over the age of eighteen, and am capable of providing this statement and affidavit.

"I am providing this statement and affidavit of my own personal knowledge, freely and willingly, as part of a EEOC complaint filed by Debbie Santacruz against the VIA. I worked at VIA for six years. I was fired in January, 2018 by Blanca Dominguez. Blanca signed the paper that said I was fired.

"Blanca fired me because she said I had too many tardies. I had FMLA leave at the time due to my medical condition. I had Lupus, high blood pressure, insomnia and thyroid issues. Blanca was the supervisor of the Reservation Agents. I was a Reservation Agent. VIA started a new system where they give you so many points when you are absent or tardy. I was fired in 2018 after six years working there.

"I have known Debbie Santacruz from work. We are friends. I went to her house the day she was fired. That was about April 22, 2019. I forget why I was there. Debbie was very upset. But, she was not surprised. Blanca was hard to work for. She played favorites. Debbie did not abandon her job or whatever. That day I was there, Debbie said Blanca fired her and she was very upset about it. I do not remember exactly what Debbie said, but she talked about why she was fired. She did say she was fired because she had too many absences or tardies, I believe.

"Debbie showed up for work every day unless she had medical problems. I talked with Debbie often when she was still working for VIA.

"Blanca and the two leads, Elia and Gloria would harass people with medical problems. They did not like it when employees had to call in sick or missed work for medical issues.

DS000389

"Debbie had FMLA leave approved by the FMLA department at VIA. But, just recently before she was fired, VIA said Debbie did not have FMLA approved leave, after all. Debbie was upset about that.

"Debbie had back problems for a long time. But, at work, Blanca and others would tell Debbie no, she doesn't have back problems. Blanca, Gloria and Elia knew Debbie had back problems, but they were harassing Debbie about it. By trying to pretend it was not real. Those three women were a bully team. They bullied employees. They did the same with me. I was late to work sometimes due to my illnesses.

"Blanca was very intimidating. She called me once when I was out ill and was yelling at me because I was not at work.

"I swear or affirm that the above statement is true and correct. I have been given an opportunity to review this statement and to make any necessary changes."

Signed on ___April 11___, 2022.


Norma Garcia

SUBSCRIBED AND SWORN TO BEFORE ME on 4/11/22 April 11, 2022, to certify which witness my hand and official seal.

BRITTANY MARIE BEN DAVID
Notary Public, State of Texas
Comm. Expires 01-10-2026
Notary ID 133525434

Notary Public, State of Texas

2

DS000390