IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEBRA SANTACRUZ,<br>　　*Plaintiff,*<br><br>v.<br><br>VIA METROPOLITAN TRANSIT,<br>　　*Defendant.* | §<br>§<br>§<br>§   CIVIL ACTION NO. 5:21-CV-00719-FB<br>§<br>§<br>§<br>§ |

### DECLARATION OF DONNA K. MCELROY

　　I, Donna K. McElroy, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. "My name is Donna K. McElroy. I am over 18 years of age and have never been convicted of a felony or of a crime of moral turpitude. I am lead counsel for Defendant in the above-captioned lawsuit. I therefore have personal knowledge to make this Declaration, and the facts contained in it are true and correct.

2. "The document attached to this Declaration as Exhibit A is a true and correct copy of excerpted pages of the deposition transcript of Plaintiff Debra Santacruz, taken on June 15, 2022, and which includes the court reporter's certificate.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT**.

SIGNED this 12th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Donna K. McElroy*
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Donna K. McElroy

4868-8898-5390.1