IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEBRA SANTACRUZ, | § § | |
| *Plaintiff,* | § § | SA-21-CV-00719-FB |
| vs. | § § | |
| VIA METROPOLITAN TRANSIT, | § § | |
| *Defendant.* | § § | |

## ORDER SETTING STATUS CONFERENCE

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings on August 15, 2022 [#25].  The record reflects that there are a number of motions pending, which concern various discovery disputes, a motion to reopen discovery, and multiple dispositive motions [#15, #18, #20, #21, #23].  The Court finds that a status conference is necessary to address the status of this case and the pending motions in light of the recent referral.  The Court will not hear detailed argument on every motion but will give the attorneys the opportunity to brief the Court on the status of this case and the basis for the various pending motions and their respective positions.  The Court will also order the parties to confer on the non-dispositive motions [#15, #18] before the conference and to submit an advisory regarding the outcome of their conference.

**IT IS THEREFORE ORDERED** that this case is set for a status conference on **August 24, 2022 at 1:00 p.m.**  Counsel for all parties are **required to appear by Zoom** for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting:  https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

1

If there are questions regarding the Zoom appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them. Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

**IT IS FURTHER ORDERED** that the parties confer about the issues raised in Plaintiff's Motion to Compel [#15] and Motion to Reopen Discovery [#18] and **file a joint advisory via CM/ECF no later than August 23, 2022**, that indicates which issues, if any, remain in dispute after their conference. For each issue that remains in dispute, each party should state its respective position and describe any relief being sought.

SIGNED this 17th day of August, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE